United States District Court
Southern District of Texas
**ENTERED**
January 24, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED VAN LINES LLC, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H:16-03276 |
| | § | |
| FRED HAJJAR, | § | |
| | § | |
| Defendant. | § | |

### ORDER

The complaint in this case does not adequately explain why this court has subject-matter jurisdiction over this suit. Although the complaint references federal question jurisdiction under 28 U.S.C. §§ 1331 and 1337 (the more specific section governing claims "arising under any Act of Congress regulating commerce . . . ."), the allegations appear to assert common-law rights. Of the rights asserted, some are specifically based on Texas state law, rather than on federal statutes or provisions. The complaint seeks damages, but the amount is far below the $75,000 required to invoke federal diversity jurisdiction under 28 U.S.C. § 1332.)

The plaintiff, United Van Lines, LLC, must file by February 6, 2017, a brief of no more than ten pages explaining the basis for this court's subject-matter jurisdiction and citing applicable authority. The defendant, Fred Hajjar, may file a response of no more than ten pages on or before February 13, 2017.

SIGNED on January 24, 2017, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge